IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-cv-04963 JSC |
| Plaintiff, | **ORDER RE CASE MANAGEMENT PROCEDURES** |
| v. | |
| NANAIMO FOTU'AIKA, | |
| Defendant. | |

The Court is in receipt of Defendant's letter of November 20, 2012 seeking additional documentation regarding the loan at issue in this proceeding. (Dkt. No. 11.) In accordance with the Court's Case Management Scheduling Order issued October 31, 2012 (Dkt. No. 7), Plaintiff was to mail to Defendant an accounting and a copy of any documents supporting Plaintiff's claims on or before November 20, 2012. Plaintiff filed proof of service of the accounting on November 8, 2012 (Dkt. No. 9). The Court is uncertain as to whether Defendant had received the accounting and attached documents at the time of his letter.

Accordingly, Defendant is referred to the Court's Case Management Order (Dkt.No. 7) which set forth the deadlines for this case and requires the parties to meet in person or by telephone to discuss the documents they have exchanged and possible settlement of this

dispute on or before December 31, 2012.  Within two (2) weeks after this meeting, each party shall file and serve a letter informing the Court of the status of the case.

As Defendant is proceeding pro se, he is also referred to the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-9000 extension 8657, for assistance regarding his claims.  The Court also directs Defendant's attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants.

**IT IS SO ORDERED.**

Dated:  December 6, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE