IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NANAIMO FOTU'AIKA,<br><br>Defendant. | Case No.: 12-cv-04963 JSC<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Defendant's letter of February 13, 2013 regarding the March 7, 2013 Case Management Conference. (Dkt. No. 11.) The Case Management Conference is hereby reset to 3:30 p.m. on March 7, 2013, Courtroom F, 450 Golden Gate Ave., San Francisco, California. It is an open proceeding so Defendant may bring anyone she would like with her. At the Case Management Conference the Court will address any questions Defendant has regarding the case.

**IT IS SO ORDERED.**

Dated: February 25, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE